40 F.3d 1241
 Specter (Sen. Arlen), Wofford (Sen. Harris), Bradley (Sen.
Bill), Lautenberg (Frank R.), Casey (Governor Robert P.),
Commonwealth, Preate (Ernest D., Jr.), Pennsylvania Attorney
General, Weldon (Rep. Curt), Foglietta (Rep. Thomas),
Andrews (Rep. Robert), Coughlin (Rep. R. Lawrence), City of
Pa., Landry (Howard J.), International Federation of
Professional & Technical Engineers, Local 3, Reil (William
F.), Metal Trades Council, Local 687 Machinists, Florio (Governor
 NO. 91-1932
 United States Court of Appeals,
Third Circuit.
 Aug 31, 1994
 
 Appeal From: E.D.Pa., No. 91-4322,
 Buckwalter, J.,
 
 777 F.Supp. 1226
 
 1
 AFFIRMED.